# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL GRASSO, JR. | CRIMINAL ACTION<br>NO. 17-00436 |

## **ORDER**

**AND NOW**, this 1st day of September 2020, upon consideration of Michael Grasso's Second Motion for Release (ECF No. 92) and the government's Response (ECF No. 94), it is **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.

1